Opinion issued July 28, 2010



 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00595-CR

———————————

In re Duane Latour Barley, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION         

          Relator Duane Latour Barley has filed a petition for writ
of mandamus complaining that respondent[1]
has not ruled on his pro se motion for
a speedy trial or on his motion for additional law library time. 

Relator
has not certified that he served Judge Jackson with a copy of the petition for
writ of mandamus nor has he included an appendix.  See
Tex. R. App. P. 9.5,
52.3(k).  We deny the petition.

PER CURIAM

Panel
consists of Justices Alcala, Bland, and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]           Respondent
is the Honorable Maria T. Jackson, Judge, 339th District Court, Harris County,
Texas.